IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Koepnick Medical & Education Research Foundation, L.L.C.,<br>    Plaintiff,<br><br>vs.<br><br>Alcon Laboratories, Inc.; Bausch & Lomb Incorporated; Alcon Refractive Horizons, Inc.; Swagel-Wootton Eye Center, Ltd.; and Southwestern Eye Center, Ltd.,<br>    Defendants. | No. CIV 03-0029-PHX-JAT<br><br>**CONSENT JUDGMENT** |

This matter coming before the Court on the parties' Joint Stipulation And Motion For Entry Of Consent Judgment, and good cause appearing,

IT IS ORDERED AND ADJUDGED

THAT judgment of non-infringement of United States Patent No. 5,658,303 is entered in favor all Defendants and against Plaintiff in light of the stipulations of the parties.

THAT the invalidity and unenforceability counterclaims of Defendants Alcon Laboratories, Inc., Alcon Refractive Horizons, Inc. and Southwestern Eye Center Ltd. are dismissed without prejudice as moot, without prejudice to their reinstatement in the event the United States Court of Appeals for the Federal Circuit remands this case back to this Court, in whole or in part.

THAT the invalidity counterclaim of Defendants Bausch & Lomb, Inc. and Swagel-Wootton Eye Center, Ltd. is dismissed without prejudice as moot, without prejudice to their reinstatement in the event the United States Court of

Appeals for the Federal Circuit remands this case back to this Court, in whole or in part.

THAT the Consent Judgment is without prejudice to any rights of any of the parties, who reserve the right to appeal any prior or future orders issued by this Court.

THAT the Consent Judgment is without prejudice to any of the Defendants filing a motion to have the Court declare this an exceptional case under 35 U.S.C. § 285 and to award attorneys' fees and costs or any other motion for attorneys' fees and/or costs, which may be filed at any time up until the earlier of (a) thirty days after a mandate issues from the United States Court of Appeals for the Federal Circuit (in the event of an appeal), or (b) within twenty (20) days after the deadline passes for filing a Notice of Appeal (in the event no appeal is filed).

AND THAT the parties shall have the right to file expert reports, conduct discovery, and file dispositive motions within a reasonable amount of time should the United States Court of Appeals for the Federal Circuit remand this case back to this Court, in whole or in part.

DATED this 28th of December, 2004.

James A. Teilborg
United States District Judge